**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 31, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOEL DAMIAN ORTEGA,<br><br>    Defendant. | CASE NO. 1:24-CR-00266-KES-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 31, 2024, charging the above defendant with a violation of 18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Material Involving the Sexual Exploitation of a Minor; 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of a Minor; 18 U.S.C. § 2253(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant

///

///

thereto, except when necessary for the issuance and execution of the warrant.

Dated: October 31, 2024                     Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                  By      */s/ Brittany M. Gunter*
                                            BRITTANY M. GUNTER
                                            Assistant U.S. Attorney

                                       IT IS SO ORDERED.

Dated:  October 31, 2024                    _____
                                            STANLEY A. BOONE
                                            U.S. Magistrate Judge