**FILED**
Nov 06, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1 PHILLIP A. TALBERT
United States Attorney
2 BRITTANY M. GUNTER
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOEL DAMIAN ORTEGA,<br><br>　　　　　　Defendant. | CASE NO. 1:24-CR-00266-KES-BAM<br><br>[~~PROPOSED~~] ORDER TO UNSEAL CASE |

　　　Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

　　　IT IS SO ORDERED

DATED: 11/6/24

　　　　　　　　　　　　　　　　　　　　　　　_B. McAuliffe_____
　　　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE