Daniel L. Harralson, SBN #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: JOEL DAMIAN ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL DAMIAN ORTEGA,<br><br>　　　　　　　Defendant. | Case No. 1:24-CR-00266-KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND ORDER**<br><br>Date: December 11, 2024<br>Time: 1:00 p.m. |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Status Hearing in the above captioned matter now set for **December 11, 2024, at 1:00 p.m., be continued to March 12, 2025, at 1:00 p.m.**

　　Counsel for the Defendant seeks a continuance status to March 12, 2025, at 1:00 p.m., and moves to exclude time under the speedy trial act, for the following reasons:

　　1.　Defense counsel was appointed to represent Defendant on November 15, 2024. Counsel has yet to receive discovery in the matter and when it is received, will need approximately 90-120 days to review said discovery and report to the court about the status of the case.

　　2.　The government has filed Stipulation and Proposed Protective Order related to the discovery and has represented that the discovery will be provided as soon as the Protective Order is signed and approved by the Court.

　　3.　A continuance would allow the parties, sufficient time to choose an acceptable trial date in accordance with the Speedy Trial Act, review discovery, and more importantly, engage in plea negotiations.

Based on the above-stated findings, the ends of justice served by continuing the case as requested, outweigh the interest of the public and the defendant to have a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2024, to March 12, 2025, for a status hearing, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

LAW OFFICE OF DANIEL L. HARRALSON

Dated: November 19, 2024   /s/ Daniel L. Harralson
DANIEL L. HARRALSON, ESQ.
Attorney for Defendant, Joel Damian Ortega


PHILLIP A. TALBERT
United States Attorney

Dated: November 19, 2024   /s/ Brittany M. Gunter
BRITTANY M. GUNTER
Assistant United States Attorney

# ORDER

IT IS SO ORDERED that the status conference is continued from December 11, 2024, to **March 12, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 19, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE