1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 1:24-CR-00266-KES-BAM
12 |                          Plaintiff, |
13 |                v.                   | STIPULATION TO SET CHANGE OF PLEA
   |                                     | HEARING AND VACATE STATUS
14 | JOEL DAMIAN ORTEGA,                 | CONFERENCE; AND ORDER
15 |                         Defendant.  |

16

17     The United States of America, by and through its counsel of record, Assistant United States
18 Attorney Brittany M. Gunter, and defendant Joel Damian Ortega, by and through defendant's counsel of
19 record, Daniel L. Harralson, hereby stipulate as follows:
20     1.     The parties have reached a resolution, and a plea agreement was filed. ECF 29.
21     2.     After conferring about available dates wherein counsel can appear, the parties request
22 that the Court set a change of plea hearing for June 23, 2025. The parties have cleared this date with the
23 courtroom deputy.
24     3.     In light of the anticipated change of plea, the parties request that the Court vacate the
25 status conference currently set for June 11, 2025. ECF 27.
26     4.     Defense counsel is unavailable for a change of plea on June 9 or June 16, 2025.
27 Accordingly, defense counsel is requesting that the court set the change of plea for June 23, 2025, to
28 guarantee the defendant continuity of counsel. Defense counsel believes that a change of plea hearing

set before June 23, 2025, would deny the defendant continuity of counsel.

5. The parties therefore stipulate that the period of time from June 11, 2025, through June 23, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the defense counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 29, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated: May 29, 2025 | /s/ DANIEL L. HARRALSON<br>DANIEL L. HARRALSON<br>Counsel for Defendant |

### ORDER

IT IS ORDERED that:

(1) A change of plea hearing is set for **June 23, 2025, at 9:30 a.m. before District Court Judge Kirk E. Sherriff.**

(2) The June 11, 2025, status conference is VACATED.

(3) Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the defense counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 30, 2025**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE