ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00266-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JOEL DAMIAN ORTEGA, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Daniel Harralson, counsel for Joel Damian Ortega ("the defendant"), that this action's **sentencing hearing set for September 15, 2025 be continued to January 5, 2026.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. Pursuant to his plea agreement, the defendant entered a guilty plea to Count 1 and Count 2 of the Indictment at a change of plea hearing on June 23, 2025. ECF 28, 32. Sentencing was set for September 15, 2025. ECF 32.

2. On September 10, 2025, defense counsel informed the government that he needed additional

STIPULATION TO CONTINUE SENTENCING

1

time to consult with a mitigation specialist prior to sentencing. He requested to continue the sentencing hearing to January 5, 2026.

3. The courtroom deputy confirmed the Court's availability for a sentencing hearing on January 5, 2026.

4. The government does not object to the continuance.

5. Accordingly, the parties request that the Court continue the sentencing hearing from September 10, 2025, to January 5, 2026.

IT IS SO STIPULATED.

Dated: September 11, 2025

ERIC GRANT
United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: September 11, 2025

By: /s/ DANIEL HARRALSON
DANIEL HARRALSON
Attorney for Defendant
Joel Damian Ortega

## **O R D E R**

IT IS ORDERED that the sentencing hearing set for September 15, 2025, is continued to January 5, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 11, 2025

_____
UNITED STATES DISTRICT JUDGE