ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL DAMIAN ORTEGA,<br><br>　　　　　　　　Defendant. | Case No: 1:24-CR-00266-KES-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Daniel Harralson, counsel for Joel Damian Ortega ("the defendant"), that this action's **sentencing hearing set for January 5, 2026, be continued to March 16, 2026.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. Pursuant to his plea agreement, the defendant entered a guilty plea to Counts 1 and 2 of the Indictment at a change of plea hearing on June 23, 2025. ECF 28, 32.

2. Sentencing was initially set for September 15, 2025. ECF 32. However, ahead of sentencing, defense counsel informed the government that he needed additional time to

consult with a mitigation specialist. ECF 38. The Court continued sentencing to January 5, 2026, to allow the defense more time to prepare for sentencing. ECF 39.

3. On December 15, 2025, defense counsel informed the government that he was only recently able to request appointment of a mitigation specialist for this case. Defense counsel was unable to make the request earlier due to the government shutdown and uncertainties related to payment. Defense counsel indicated that he needs additional to secure appointment of the expert and then to consult and prepare with the expert ahead of sentencing. He requested to continue the sentencing hearing to March 16, 2026.

4. The courtroom deputy confirmed the Court's availability for a sentencing hearing on March 16, 2026. Probation also confirmed its availability on that date.

5. The government does not object to the continuance.

6. Accordingly, the parties request that the Court continue the sentencing hearing from January 5, 2026, to March 16, 2026.

IT IS SO STIPULATED.

Dated:  December 15, 2025                    ERIC GRANT
                                             United States Attorney

                                        By:  /s/ BRITTANY M. GUNTER
                                             BRITTANY M. GUNTER
                                             Assistant United States Attorney

Dated: December 15, 2025                By:  /s/ DANIEL HARRALSON
                                             DANIEL HARRALSON
                                             Attorney for Defendant
                                             Joel Damian Ortega

STIPULATION TO CONTINUE SENTENCING; ORDER

2

**O R D E R**

IT IS ORDERED that the sentencing hearing set for January 5, 2026, is continued to March 16, 2026, at 9:30 a.m. in courtroom 6 (KES) before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   December 16, 2025

_____
UNITED STATES DISTRICT JUDGE