ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOEL DAMIAN ORTEGA,<br><br>      Defendant. | CASE NO. 1:24-CR-00266-KES-EPG<br><br>FINAL ORDER OF FORFEITURE |

On July 1, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Joel Damian Ortega forfeiting to the United States the following property:

  a. Samsung Galaxy Z Flip3 Smartphone, IMEI: 350345705098221, and
  b. Apple iPhone 15 Pro Max, IMEI: 356371488582045, Serial Number: F6M2WDV24H.

Beginning on July 4, 2025, and again on April 3, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.   Said published notices advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Joel Damian Ortega.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    June 9, 2026

_____
UNITED STATES DISTRICT JUDGE

2

Final Order of Forfeiture